50

123 A.3d 328

William CORNISH, Petitioner

v.

Michael WENEROWICZ, Superintendent of the State Correctional Institution at Graterford, and the Attorney General of the State of Pennsylvania, Respondents.

No. 99 EM 2015.

Supreme Court of Pennsylvania.

Sept. 29, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Application for Extraordinary Relief is **DENIED.**

123 A.3d 329

Daryl PITTS, Petitioner

v.

PHILADELPHIA COURT OF COMMON PLEAS, Respondent.

No. 98 EM 2015.

Supreme Court of Pennsylvania.

Sept. 29, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Petition for Writ of Extraordinary Relief is **DENIED.**